# Court of Appeals
# of the State of Georgia

ATLANTA,  February 06, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1236. ERIC SCALES v. THE STATE.**

In 2012, Eric Scales pled guilty to murder and was sentenced to life in prison. On October 17, 2017, Scales filed a pro se motion for leave to file an out-of-time appeal, which the trial court denied. Scales then appealed to this Court. We lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring). Accordingly, Scales's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/06/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*